# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | CRIMINAL NO. H-12-770-001 |
| v. | § | |
| | § | |
| SAMEH KHALED DANHACH | § | |
| Defendant. | § | |

## AMENDED ORDER

Came to be considered the United States's Motion To Dismiss the Indictment, and the Court, after having considered the same, believes that such motion should be granted, and hereby ORDERS that the Indictment as it applies to Sameh Khaled Danhach is DISMISSED without prejudice.

DONE, at Houston, Texas on this __15th__ day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE